**Alice Faye PALMER, Plaintiff—Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant—Appellee.**

No. 05–2091.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 27, 2006.

Decided: May 1, 2006.

**370**

Alice Faye Palmer, Appellant Pro Se. Shawn S. McGruder, Social Security Administration, Baltimore, Maryland, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alice Faye Palmer appeals the district court's order granting summary judgment in favor of her employer in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Palmer v. Barnhart,* No. CA–04–323–WDQ (D.Md. Aug. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*